Whitney Power Wilson, Attorney
Michele L. Power, Attorney

February 9, 2026

*Via Certified Mail, Return Receipt*
Office of the Attorney General
Alaska Department of Law- Civil Division
1031 West 4ᵗʰ Avenue, Suite 200
Anchorage, Alaska 99501-1994

**RECEIVED**

**FEB 1 1 2026**

**LAW-CIVIL-ANC**

Re:  *Martin Twitchell v. State of Alaska, Department of Corrections and John Doe*
     Case No. 3AN-26-04505 CI

To Whom It May Concern:

Please accept for service the following enclosed court filings in the above referenced matter:

- Summons
- Complaint for Damages
- Jury Demand
- Consent to Electronic Service

Please contact our office with any questions or concerns.

Best Regards,

*/s/ Whitney Power Wilson*
Whitney Power Wilson
Attorney at Law

Exhibit A, Page 1 of 10

Case 3:26-cv-00117-SLG   Document 1-1   Filed 03/13/26   Page 1 of 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

RECEIVED

FEB 1 1 2026

LAW-CIVIL-ANC

MARTIN TWITCHELL,

        Plaintiff,

vs.

STATE OF ALASKA, DEPARTMENT OF
CORRECTIONS, and JOHN DOE,

        Defendants.

Case No. 3AN-26-04505 CI

To Defendant: **State of Alaska, Department of Corrections**

You are hereby summoned and required to file with the court a written answer to the complaint, which accompanies this summons. Your answer must be filed with the court at 825 W 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to Plaintiff's attorney or plaintiff (if unrepresented): **Whitney Power Wilson** whose address is: **10950 O'Malley Centre Drive, Suite C, Anchorage, AK 99515**

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courtrecords.alaska.gov/webdocs/forms/tf-955.pdf, to inform the court. -OR- If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Judge    Gandbhir
and to a magistrate judge.

[ ] This case has been assigned to District court Judge _____

(SEAL)

    02/09/2026

Date

CLERK OF COURT

By: _____

Deputy Clerk

I certify that on _____ a copy of this Summons was [ ] Mailed [ ] Given to
[ ] plaintiff [ ] Plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
serve on the defendant with the summons    Deputy Clerk _____

* The state or a state officer or agency named as a defendant has 40 days to file its answer- If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (10/17)(cs)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Exhibit A, Page 2 of 10

WHITNEY POWER WILSON
MICHELE L. POWER
POWER & POWER LAW, LLC
10950 O'MALLEY CENTRE DR., STE. C
ANCHORAGE, ALASKA 99515
Telephone: 907-222-9990
Facsimile: 800-840-0980
admin@akpowerlaw.com
Attorneys for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MARTIN TWITCHELL,

        Plaintiff,

vs.

STATE OF ALASKA, DEPARTMENT OF
CORRECTIONS, and JOHN DOE.

        Defendants.

Case No. 3AN-26-_____ CI

## **COMPLAINT FOR DAMAGES**

Plaintiff MARTIN TWITCHELL, by and through counsel Power & Power Law, for his cause of action against Defendant State of Alaska, Department of Corrections, states and alleges as follows:

### THE PARTIES

1. At all times relevant hereto, Plaintiff Martin Twitchell was domiciled in Anchorage, Alaska and at the Anchorage Correctional Complex in Anchorage, Alaska, Third Judicial

Complaint for Damages
*Twitchell v. SOA, DOC*
Case No. 3AN-26-_____ CI
Page 1 of 5

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

District.

2. Defendant State of Alaska, through the Department of Corrections (hereinafter "DOC"), operates the Anchorage Correctional Complex, an Alaska correctional facility located in Anchorage, Alaska, Third Judicial District.

3. Defendant John Doe is employed by the DOC at Anchorage Correctional Complex.

## COMMON FACTUAL ALLEGATIONS

The following factual allegations are common to all claims for relief herein:

4. On or about November 27, 2025, John Doe placed Plaintiff into a cell without medical assistance and supervision despite that he was heavily intoxicated.

5. John Doe knew or should have known that Plaintiff was very intoxicated and required medical assistance and supervision.

6. Defendant knew or should have known that placing Plaintiff in an unsupervised cell without medical assistance demonstrated deliberate indifference to Plaintiff's safety.

7. On or about November 27, 2025, Plaintiff fell and was seriously injured in his cell.

## CLAIMS FOR RELIEF

### COUNT I: NEGLIGENCE

8. Plaintiff incorporates by reference all preceding paragraphs of this Complaint.

9. Defendants owed Plaintiff a duty to exercise reasonable care for the protection of his life and health, and a duty to place him in a safe place and environment. Defendants owed

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

Complaint for Damages
*Twitchell v. SOA, DOC*
Case No. 3AN-26-_____ CI
Page 2 of 5

Plaintiff due care in the custody and incarceration of him.

10. Defendants breached the duties owed to Plaintiff and as a direct and proximate cause of said breach(es) caused harm in an amount to be proven at trial, but in any event in excess of $100,000.

### COUNT II: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

11. Plaintiff incorporates by reference all preceding paragraphs of this Complaint.

12. Defendants owed Plaintiff a pre-existing duty to protect him from harm.

13. There was a foreseeable and reasonable risk that Defendants' breach would cause Plaintiff to suffer emotional distress, and Plaintiff did suffer emotional distress.

14. Defendants' breach is a direct and proximate cause of said breach(es) caused harm in an amount to be proven at trial, but in any event in excess of $100,000.

### COUNT III: EIGHTH AMENDMENT VIOLATION

15. Plaintiff incorporates by reference all preceding paragraphs of this Complaint.

16. John Doe owed Plaintiff an affirmative duty to protect him from harm.

17. John Doe breached this duty by placing Plaintiff in a cell without supervision or medical care despite that he was heavily intoxicated.

18. Defendant breach is a direct and proximate cause of said breach(es) caused harm in an amount to be proven at trial, but in any event in excess of $100,000.

Complaint for Damages
*Twitchell v. SOA, DOC*
Case No. 3AN-26-_____ CI
Page 3 of 5

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

## COUNT IV: NEGLIGENT TRAINING AND/OR SUPERVISION
### (State Common Law and 42 USC § 1983)

19. Plaintiff incorporates by reference all preceding paragraphs of this Complaint.

20. Defendant DOC owes a duty to act reasonably in the training and/or supervision of its employees, including John Doe.

21. Defendant DOC breached its duty owed to Plaintiff by failing to properly train and/or supervise its employees, including John Doe.

22. As a direct and proximate cause of Defendant's breach, Plaintiff suffered harm in an amount to be proven at trial, but in any event in excess of $100,000.

## COUNT V: VICARIOUS LIABILITY

23. Plaintiff incorporates by reference all preceding paragraphs of this Complaint.

24. John Doe was employed by the DOC when the conduct that forms the basis of this complaint occurred.

25. John Doe's actions were within the scope of their employment with Defendant DOC and they were aided in accomplishing their acts by the positions they held with Defendant.

26. Further, John Doe's actions were based on their motivations to serve Defendant.

27. Defendant DOC's vicarious liability stems from theories of respondeat superior, aided-in-agency and non-delegable duty.

28. Defendant DOC is vicariously liable for John Doe's intentional and negligent actions and is vicariously liable for all Plaintiff's harm in an amount to be proven at trial, but in any event in excess of $100,000.

Complaint for Damages
*Twitchell v. SOA, DOC*
Case No. 3AN-26-_____ CI
Page 4 of 5

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

## DAMAGES

WHEREFORE, Plaintiff requests the following relief.

1. For compensatory damages in an amount to be determined at trial, but in any event, greater than $100,000.

2. For costs, interest and attorney's fees incurred in bringing this action.

3. For such other relief as this Court may deem necessary and proper.

DATED this 23rd day of January 2026, at Anchorage, Alaska.

POWER & POWER LAW, LLC
ATTORNEYS FOR PLAINTIFF

BY: /s/ Whitney Power Wilson
WHITNEY POWER WILSON
AK BAR NO. 1005010

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

Complaint for Damages
*Twitchell v. SOA, DOC*
Case No. 3AN-26-_____ CI
Page 5 of 5

WHITNEY POWER WILSON
MICHELE L. POWER
POWER & POWER LAW, LLC
10950 O'MALLEY CENTRE DR., STE. C
ANCHORAGE, ALASKA 99515
Telephone: 907-222-9990
Facsimile: 800-840-0980
admin@akpowerlaw.com
Attorneys for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MARTIN TWITCHELL,

        Plaintiff,

vs.

STATE OF ALASKA, DEPARTMENT OF
CORRECTIONS, and JOHN DOE.

        Defendants.

Case No. 3AN-26-_____ CI

## CONSENT TO SERVICE BY ELECTRONIC MAIL

In accordance with Civil Rule 5.1(c), Plaintiff, by and through counsel Power & Power Law, LLC, hereby consents to service of documents in the above captioned matter by electronic mail at the following addresses:

- admin@akpowerlaw.com;
- wpower@akpowerlaw.com.

DATED this 23rd day of January 2026 at Anchorage, Alaska.

POWER & POWER LAW, LLC
ATTORNEYS FOR PLAINTIFF

By: */s/ Whitney Power Wilson*
WHITNEY POWER WILSON
AK BAR NO. 1005010

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

Exhibit A, Page 8 of 10

WHITNEY POWER WILSON
MICHELE L. POWER
POWER & POWER LAW, LLC
10950 O'MALLEY CENTRE DR., STE. C
ANCHORAGE, ALASKA 99515
Telephone: 907-222-9990
Facsimile: 800-840-0980
admin@akpowerlaw.com
Attorneys for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MARTIN TWITCHELL,

Plaintiff,

vs.

STATE OF ALASKA, DEPARTMENT OF
CORRECTIONS, and JOHN DOE.

Defendants.

Case No. 3AN-26-_____ CI

## JURY DEMAND

Plaintiff, by and through counsel Power & Power Law, LLC, hereby demands a trial by jury of twelve in the above-captioned action.

DATED this 23rd day of January 2026 at Anchorage, Alaska.

POWER & POWER LAW, LLC
ATTORNEYS FOR PLAINTIFF

By: /s/ Whitney Power Wilson
WHITNEY POWER WILSON
AK BAR NO. 1005010

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com



# LAW
## POWER & POWER

**Injury Attorneys**
12651 Old Seward Hwy
Anchorage, Alaska 99515

CERTIFIED MAIL

stamps.com



CERTIFIED MAIL

$11.87⁰
US POSTAGE IMI
FIRST-CLASS
FROM 99515
02/10/2026
Stamps.com

9414 7111 0549 5876 3143 29

Office of the Attorney General
Alaska Department of Law- Civil Division
1031 W 4th Ave
Anchorage AK 99501-1994

www.akpowerlaw.com